AO 440 (Rev. 05/00) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me [1] | 7-31-2008 |
| NAME OF SERVER *(PRINT)* LEE W. LONG | TITLE PROCESS SERVER #115 002008 |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: Joseph MAJEWSKI AT 3676 So. STATE ST. CRETE, IL. 60417 (5:14 PM)

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on 7-31-2008
Date

Signature of Server   # 115.002008

16958 So. DIXIE HWY HAZELCREST IL.
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

### SUMMONS IN A CIVIL CASE

Charles E. Anderson, Trustee, on behalf of the
Painters' District Council No. 30 Health and
Welfare Fund, et al.,

            V.

JOSEPH MAJEWSKI, an individual doing
business as Majewski Decorating

CASE NUMBER: 08CV4256

ASSIGNED JUDGE: JUDGE ASPEN

DESIGNATED MAGISTRATE JUDGE: MAGISTRATE JUDGE ASHMAN

TO: (Name and address of Defendant)

Joseph Majewski
3676 S. State St.
Crete, IL 60417

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

M. Garrett Hohimer
Jacobs, Burns, Orlove, Stanton & Hernandez
122 South Michigan Avenue, Suite 1720
Chicago, IL 606063-6145

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**

*(signature)*
(By) DEPUTY CLERK

July 28, 2008
Date

