## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.2
### Eastern Division

Charles E. Anderson, et al.
                    Plaintiff,

v.                                                    Case No.: 1:08–cv–04256
                                                       Honorable Marvin E. Aspen

Joseph Majewski
                    Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, September 1, 2008:

      MINUTE entry before the Honorable Marvin E. Aspen:Plaintiffs' motion for default judgment, [9] noticed for hearing for 9/2/08 is reset to 9/18/08 at 10:30 a.m. The motion hearing set for 9/2/08 is stricken.Judicial staff mailed notice(gl, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.